No. 86–5334. ROBERTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5338. LACY v. GARDINO, SUPERINTENDENT, NORTHEASTERN CORRECTIONAL CENTER, CONCORD. C. A. 1st Cir. Certiorari denied.

No. 86–5340. PATTON v. THIERET, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 86–5346. MIESBAUER v. KANSAS. C. A. 10th Cir. Certiorari denied.

No. 86–5347. KAY v. CITY OF OAKLAND, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 86–5348. ANDERSON v. VANTAGE PRESS, INC. C. A. 6th Cir. Certiorari denied.

No. 86–5350. WANDLE v. OREGON. Ct. App. Ore. Certiorari denied.

No. 86–5352. WEBER v. WILLARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–5354. GEURIN v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–5355. RUSSELL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 86–5359. DEDIC v. ILLINOIS HUMAN RIGHTS COMMISSION ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–5383. BOITZ v. ARCO ALASKA INC. ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 86–5384. BONIN v. T. L. JAMES & CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–5385. WILLIAMS v. ALABAMA DEPARTMENT OF PENSIONS AND SECURITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–5398. VOSS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–5399. BAUER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.